**398**

Richard A. ALLEN and Barbara Allen,
Appellants,

v.

COMMISSIONER OF INTERNAL
REVENUE.

Richard A. ALLEN, Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE.

Nos. 17556, 17557.

United States Court of Appeals
Third Circuit.

Argued April 24, 1969.

Decided June 4, 1969.

Rehearing Denied July 3, 1969.

Robert R. Batt, Ballard, Spahr, Andrews & Ingersoll, Philadelphia, Pa. (Sherwin T. McDowell, Lynn L. Detweiler, Jr., Philadelphia, Pa., Ballard, Spahr, Andrews & Ingersoll, Philadelphia, Pa., on the brief), for appellants.

Edward Lee Rogers, Department of Justice, Tax Division, Washington, D. C. (Richard M. Roberts, Acting Asst. Atty. Gen., Lee A. Jackson, Gilbert E. Andrews, Attys., Department of Justice, Washington, D. C., on the brief), for appellee.

OPINION OF THE COURT

Before BIGGS, FREEDMAN and STAHL, Circuit Judges.

PER CURIAM.

A careful examination of the record in this case and consideration of the applicable law demonstrate that the Tax Court committed no error.

Consequently the decisions of the Tax Court will be affirmed.

In the Matter of ADMIRALTY LINES,
LTD., Bankrupt.

COOPER STEVEDORING OF LOUISI-
ANA, INC. and Walsh Stevedoring
Company, Inc., Appellants,

v.

James D. WALSH, Trustee.

No. 26358.

United States Court of Appeals
Fifth Circuit.

May 8, 1969.

Charles Kohlmeyer, Jr., New Orleans, La., Gothard J. Reck, New Orleans, La., Lemle, Kelleher, Kohlmeyer, Matthews & Schumacher, New Orleans, La., of counsel, for appellants.

Edward M. Heller, New Orleans, La., for appellee.

Before WISDOM and DYER, Circuit Judges, and KRENTZMAN, District Judge.

PER CURIAM:

Cooper and Walsh appeal from an order of the District Court for the Eastern District of Louisiana requiring certain funds in the registry of that court to be turned over to the Trustee in Bankruptcy. We affirm the order for the reasons set out in the opinion of the district court. 280 F.Supp. 601.